**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-1547**

_____

SHARON MOATS,

    Plaintiff - Appellant,

        and

WILLIAM MOATS,

    Plaintiff,

        v.

UNITED STATES OF AMERICA,

    Defendant – Appellee,

        and

CITY HOSPITAL, INCORPORATED; COURTNEY STRUTHERS, M.D.; DAWN
REED JONES, M.D.; SHENANDOAH VALLEY MEDICAL SYSTEM,
INCORPORATED; WVUH-EAST; GATEWAY REGIONAL HEALTH SYSTEM,
INCORPORATED,

    Defendants.

_____

Appeal from the United States District Court for the Northern
District of West Virginia, at Martinsburg.  John Preston Bailey,
Chief District Judge.  (3:06-cv-00120-JPB-JES; 3:07-cv-00022-
JPB)

_____

Submitted:  July 30, 2009          Decided:  August 12, 2009

_____

Before TRAXLER, Chief Judge, DUNCAN, Circuit Judge, and
HAMILTON, Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Barry J. Nace, PAULSON & NACE, Washington, D.C., for Appellant. Sharon L. Potter, United States Attorney, Helen Campbell Altmeyer, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sharon Moats appeals from the district court's orders granting judgment in favor of the Defendant in her professional liability action brought pursuant to the Federal Tort Claims Act and alleging medical malpractice by physicians at Shenandoah Community Health Center and denying her motion for reconsideration, a new trial, and judgment.[*] Moats argues on appeal that the district court erred in finding that the Shenandoah Community Health Center physicians were not negligent in their care of her. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Moats, Nos. 3:06-cv-00120-JPB-JES; 3:07-cv-00022-JPB (N.D.W. Va. Mar. 19 & 27, 2008).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The United States was substituted as the Defendant for the physicians at Shenandoah Community Health Center.

3